IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CR-19-CJW |
| | ) | |
| v. | ) | |
| | ) | |
| SARAH JEAN MOSES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL EXHIBIT FOR HEARING

The United States of America requests permission to file Exhibit 2 for tomorrow's pretrial release revocation hearing under seal. Exhibit 2 is a patient prescription report that contains personal and health-related information. Pursuant to Local Rule 5(c), the government respectfully requests leave to file Exhibit 2 under seal, so that the filing is not made available on the public docket.

Respectfully Submitted,

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*

SEAN R. BERRY
Acting United States Attorney

By: */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 - Fax
Tim.Vavricek@usdoj.gov